# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-2013

_____

William Z. Shen,                      *

                           *

          Appellant,        *

                           *  Appeal from the United States

    v.                     *  District Court for the Western

                           *  District of Missouri.

Hospital Hill Health Services    *

Corporation; Curators of the     *  [UNPUBLISHED]

University of Missouri,        *

                           *

          Appellees.       *

_____

Submitted: October 5, 2001

Filed: October 11, 2001

_____

Before McMILLIAN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

_____

PER CURIAM.

William Z. Shen appeals the district court's[1] dismissal of his employment-discrimination and breach-of-contract action, without prejudice, for failure to prosecute. We review for abuse of discretion, see Garland v. Peebles, 1 F.3d 683, 686 (8th Cir. 1993), and find none. Shen's alleged difficulties with legal representation, though regrettable, do not excuse him from the litigant's responsibility

_____

[1]The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.

to comply with the district court's substantive and procedural requirements. <u>See</u> <u>Link v. Wabash R.R. Co.</u>, 370 U.S. 626, 633-34 (1962); <u>Brown v. Frey</u>, 806 F.2d 801, 804 (8th Cir. 1986). Accordingly, we affirm. We deny Shen's post-appeal motion.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.